UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DENISE CRUMWELL,

                        Plaintiff,

                                                21 Civ. 8126 (LGS)

           -against-

                                                ORDER

GYM STORE, INC.,

                        Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis.  Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: November 18, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**